DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM J. DAVISON,**
Appellant,

v.

**ESTATE OF BRIAN F. BARTON**
a/k/a **BRIAN FAY BARTON, et al.,**
Appellees.

No. 4D2023-1991

[June 27, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502022CP006216XXXXMB.

Edward Downey of Downey | McElroy, P.A., Palm Beach Gardens, for appellant.

Oliver M. Birman of Perlman, Bajandas, Yevoli & Albright, Fort Lauderdale, for appellee Natalia Forzani-Mohammed.

Kathryn N. Lewis and Jacob Blanco of Kitroser Lewis & Mighdoll, LLC, North Palm Beach, for appellee Estate of Brian F. Barton.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***